UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. PROVENZANO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>COMMISSIONER, SOCIAL SECURITY<br>ADMINISTRATION,<br><br>    Defendant. | NO. ED CV 09-1256-CT<br><br>JUDGMENT |

IT IS ADJUDGED that judgment is entered in favor of defendant Commissioner of Social Security for the reasons set forth in the court's Opinion and Order filed concurrently.

DATED: Dec. 17, 2009

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE